Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorneys for Defendant,
Bruce Thurmon

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BRUCE THURMMON,<br><br>　　　　Defendant | Case No. 12-cr-00169-MCE<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME |

　　　Jason Hitt, Assistant U.S. Attorney, for the government, and Timothy E. Warriner, for the defendant, hereby stipulate that the status conference now set for August 14, 2014 be continued to September 4, 2014 at 9:00 a.m. Defense counsel needs additional time to review the investigative reports and wire recordings. Therefore, the parties further stipulate that the court exclude the period from the date of this order through September 4, 2014 from the time within which the trial of this criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

1


DATED: August 12, 2014          /s/ Timothy E. Warriner, Attorney for Defendant, Bruce Thurmon

DATED: August 12, 2014          /s/ Jason Hitt, Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING and based upon the stipulation of the parties, the status conference now set for August 14 is continued to September 4, 2014 at 9:00 a.m. Time is excluded pursuant to the Speedy Trial Act to that date. The ends of justice served by granting the defendant's request for a continuance for the purpose of defense preparation outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4).

IT IS SO ORDERED.

Dated:  August 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT