Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorneys for Defendant,
Bruce Thurmon

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 12-cr-00169-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER<br>) CONTINUING STATUS CONFERENCE<br>) AND EXCLUDING TIME |
| vs. | ) |
| BRUCE THURMMON, | ) |
| Defendant | ) |

    Jason Hitt, Assistant U.S. Attorney, for the government, and Timothy E. Warriner, for the defendant, hereby stipulate that the status conference now set for March 25, 2015 be continued to April 9, 2015 at 9:00 a.m. Additional time is requested in order to evaluate changes to a proposed plea agreement and to review the proposed plea agreement with Mr. Thurmon. The parties further stipulate that the court exclude the period from the date of this order through April 9, 2015 from the time within which the trial of this criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

DATED: March 25, 2014          /s/ Timothy E. Warriner, Attorney for Defendant, Bruce Thurmon

DATED: March 25, 2014          /s/ Jason Hitt, Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING and based upon the stipulation of the parties, the status conference now set for March 26, 2015, is continued to April 9, 2015 at 9:00 a.m.  Time is excluded pursuant to the Speedy Trial Act to that date.  The ends of justice served by granting the defendant's request for a continuance for the purpose of defense preparation outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4).

IT IS SO ORDERED.

Dated:  March 26, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT