UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                Case No. 2:12-CR-00169-12-MCE

        Plaintiff,

  v.                                     ORDER FOR RELEASE OF PERSON
                                                               IN CUSTODY

BRUCE THURMON,

        Defendant.
_____/

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release BRUCE THURMON, No. 2:12-CR-00169-12-MCE, from custody for the following reasons:

|     |     |
| --- | --- |
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| X   | Other:   pursuant to the Court's sentence of time served, the defendant is ordered to be released forthwith. |

Issued at Sacramento, California on July 2, 2015, at 9:21 a.m.

DATED:   July 2, 2015

_____
MORRISON C. ENGLAND, JR.
CHIEF UNITED STATES DISTRICT JUDGE